```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

JOSEPH VOLFMAN,

                Plaintiff,        22-cv-5975 (JGK)

    - against -                ORDER

SHIAWASE FACTORY LTD, ET AL.,
                Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 26, 2022.

SO ORDERED.
Dated:    New York, New York
           September 12, 2022

                                      /s/ John G. Koeltl
                                      John G. Koeltl
                                United States District Judge